IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 2 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-02275-BNB
**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

JON JONSSON, a.k.a. William Andersson,

    Plaintiff,

v.

RICHARD D. SCHNEIDER, Individually, and in His Official Capacity as Detective, Denver Police Department,
KEITH A. FOWLER, Individually, and in His Official Capacity as Detective, Denver Police Department,
DAVID BOUREOIS, Individually, and in His Official Capacity as Detective, Denver Police Department,
ROBERT HENDERSON, Individually, and in His Official Capacity as Detective, Denver Police Department,
LOREN REYES, Individually, and in His Official Capacity as Police, Denver Police Department,
PATROSINEA BANUELOS, Individually, and in Her Official Capacity as Police, Denver Police Department,
LAWRENCE DALE, Individually, and in His Official Capacity as Detective, Denver Police Department,
LOLA UNKNOWN LAST NAME, Individually, and in Her Official Capacity as Police/Homeless Police, Denver Police Department,
FRANK PORRAS, Individually, and in His Official Capacity as Police Undercover as Inmate,
ADRIAN TORREZ, a.k.a. Adrian Torres, Individually, and in His Official Capacity as Police Undercover as Inmate,
UNKNOWN FIRST NAME HALL, Individually, and in His Official Capacity as Deputy Sheriff/Jail Guard, Denver Sheriff Department,
UNKNOWN FIRST NAME ESCABELLE, Individually, and in Her Official Capacity as Deputy Sheriff/Jail Guard, Denver Sheriff Department,
UNKNOWN NAME, Individually, and in His Official Capacity as Jail Doctor Director (Doctor in Charge), Denver Sheriff Department/Denver Health,
UNKNOWN NAMES, Individually, and in His Official Capacity as RNs (Refused Medical Care), Denver Sheriff Department/Denver Health,
JOEL M. HIRSH, Individually, and in His Official Capacity as Jail Doctor, Denver Sheriff Department/Denver Health,

MITCHELL R. MORRISSEY, Individually, and in His Official Capacity as District Attorney, 2nd Judicial District,
UNKNOWN FIRST NAME WINTERS, Individually, and in His Official Capacity as Deputy District Attorney, 2nd Judicial District,
LARA J. MULLIN, Individually, and in Her Official Capacity as Deputy District Attorney, 2nd Judicial District,
JOSH GEPPELT, Individually, and in His Official Capacity as Director, Denver Rescue Mission,
UNKNOWN NAME, Individually, and in His Official Capacity as House Manager?, Denver Rescue Mission,
BECKY PLUNKETT, Individually, and in Her Official Capacity as Case Manager, Mental Health Center of Denver,
BRADLEY THOMPSON, Individually, and in His Official Capacity as Case Manager, Mental Health Center of Denver,
CHRISTOPHER CHRISTNER, Individually, and in His Official Capacity as Case Manager, Mental Health Center of Denver,
AILEEN HIGGINS, Individually, and in Her Official Capacity as Doctor, Mental Health Center of Denver,
JOHN KOTTENSTETTE, Individually, and in His Official Capacity as Case Manager/Manager, Senior Support Services,
TED PASCOE, Individually, and in His Official Capacity as Director, Senior Support Services,
SUSAN WALKER, Individually, and in Her Official Capacity as Manager, Senior Support Services, and
UNKNOWN NAME, Individually, and in His Official Capacity as Apartment Manager, Senior Support Services,

Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff has submitted a document titled "Complaint and Jury Demand and Appointment of Attorney Demand" and a Motion and Affidavit for Leave to Proceed In Forma Pauperis. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action

number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) ___ is not submitted
(2) _xx_ is not on proper form (must use the court's current form)
(3) ___ is missing original signature by Plaintiff
(4) _xx_ is missing affidavit
(5) ___ affidavit is incomplete
(6) _xx_ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) _xx_ other: Motion is necessary only if $350.00 filing fee is not paid in advance.

**Complaint or Petition:**
(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the Plaintiff
(13) ___ is incomplete
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

3

deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED September 12, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02275-BNB

Jon Jonsson
2323 Curtis St
Denver, CO 80205

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on September 12, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk